| | |
|---|---|
| 1 | **SANDERS LAW GROUP** |
| 2 | Craig B. Sanders, SBN 284397 |
|   | Latonia Robinson, SBN 330590 |
| 3 | 333 Earle Ovington Boulevard, Suite 402 |
|   | Uniondale, NY 11553 |
| 4 | Tel: (516) 203-7600 |
|   | Email: csanders@sanderslaw.group |
| 5 | Email: lrobinson@sanderslaw.group |
|   | File No.: 125407 |
| 6 | *Attorneys for Plaintiff* |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dennis Clark, | Case No. 2:23-cv-00107-MRW |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Michael R. Wilner |
| Revolt Media & TV LLC, | Complaint Filed: |
| Defendant. | |

//
//
//
//
//
//
//
//

Case No. 2:23-cv-00107-MRW

NOTICE OF SETTLEMENT

1  **PLEASE TAKE NOTICE** that Dennis Clark ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: February 3, 2023

                **Sanders Law Group**

                By: _/s/ Latonia Robinson_
                Latonia Robinson, Esq.
                333 Earle Ovington Boulevard, Suite 402
                Uniondale, NY 11553
                Tel: (516) 203-7600
                Email: lrobinson@sanderslaw.group
                File No.: 125407
                *Attorneys for Plaintiff*